IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 3:19-CR-30008-NJR |
| **DOMINIQUE OATIS,** | |
| Defendant. | |

# ORDER

**ROSENSTENGEL, Chief Judge:**

Now before the Court is Defendant Dominique Oatis's Motion for Sentence Reduction (Doc. 48) pursuant to 18 U.S.C. § 3582(c) and the United States Sentencing Guidelines Manual § 1B1.10, making Amendment 821 retroactive. The Government agrees to the Motion.

The parties agree that Defendant Dominique Oatis is eligible for a reduction under Part A of Amendment 821, which amended § 4A1.1(e) (2023) and concerns criminal history points ("status points") awarded because a defendant was under a criminal sentence when he or she committed the offense of conviction. Oatis's total offense level at sentencing for Counts 1, 2, 3, and 5 was 19, and his criminal history category was III, which provided for a guideline range between 37 and 46 months. Count 4 carried a mandatory consecutive sentence of 60 months which resulted in an effective sentencing range of 97 to 106 months. The Court imposed a sentence of 97 months at the lower end of the guideline range. (*See* Doc. 42). Under Amendment 821, Oatis's criminal history

category is reduced from III to II. Thus, the guideline sentencing range is lowered to 33 to 41 months on Counts 1, 2, 3, and 5, and to 93 to 101 months for Count 4. With this lowered range, the parties agree that a sentence reduction from 97 to 93 months is appropriate.

The Court agrees. Upon consideration of the Defendant's motion under 18 U.S.C. § 3582(c)(2) for a reduction of sentence pursuant to Part A of Amendment 821 to the Sentencing Guidelines, and considering the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court **GRANTS** Defendant Oatis's motion (Doc. 48) and **ORDERS** that his sentence be reduced to a term of **93 months**. All other terms of the judgment in this case shall remain unchanged. This Order shall take effect on **February 1, 2024.**

IT IS SO ORDERED.

DATED:  December 22, 2023

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**